IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**CHRIS LORD**     **PLAINTIFF**
**#173493**

v.     Case No: 4:21-cv-00873-JM-PSH

**HATTIE PARKER,** *et al.*     **DEFENDANTS**

## JUDGMENT

Pursuant to the order filed this date, judgment is entered dismissing this case without prejudice.

DATED this 10th day of November, 2021.

_____
UNITED STATES DISTRICT JUDGE